# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 17-00484-RGK (PJW) | Date | December 12, 2017 |
|---|---|---|---|
| Title | *Aaron Reddix v. City of Los Angeles, et al.* | | |

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge | |
|---|---|---|
| Isabel Martinez | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants |
|---|---|
| N/A | N/A |

**Proceedings:** Order to Show Cause re Plaintiff's Failure to Provide the Court with His Current Address

    On October 13, 2017, an order reopening this case and granting Plaintiff leave to file a First Amended Complaint was mailed to Plaintiff. (Doc. No. 12.) On October 25, 2017, the order was returned with a notation "Released." Using the Los Angeles County Sheriff's Department's inmate locator website, the Court confirmed that Plaintiff had been released and transferred to North Kern State Prison in February 2017. The Court then consulted the California Department of Corrections and Rehabilitation's inmate locator website but was unable to locate Plaintiff in the system. The Court also looked at the Ninth Circuit's docket and found that in July 2017, Plaintiff had filed a change of address listing California State Prison-Corcoran as his address of record. The Court contacted prison officials at California State Prison-Corcoran and was advised that Plaintiff was released from their custody. It appears that Plaintiff has been released from custody. He has not, however, provided the Court with his address as he is required to do.[1]

    Plaintiff has until **December 28, 2017**, to update the Court with his current address and comply with the October 23, 2017 minute order, a copy of which is attached hereto. Plaintiff is warned that if he does not respond to this Order within the time allowed, this action may be dismissed under Rule 41(b).

          :   00

[2]Initials of Preparer   im

O:\PJW\ECF Ready\MO_ OSC re failure to provide current address.wpd

---

[1] A plaintiff proceeding *pro se* must notify the Court immediately if his address changes and must provide the Court with the new address and its effective date. If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court of said plaintiff's current address, the Court may dismiss the action with or without prejudice for failure to prosecute. *See* Local Rule 41-6; Fed. R. Civ. P. 41(b); *see also Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988).

[2]