JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARON REDDIX, | ) | CASE NO. CV 17-00484-RGK (PJW) |
| Plaintiff, | ) | J U D G M E N T |
| v. | ) | |
| CITY OF LOS ANGELES, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Dismissing Action for Failure to Prosecute,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: January 12, 2018

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Judgment.wpd